Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

9TH _____ District of Western

Seattle Division

| | |
|---|---|
| JOHN DOE <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> DAVID U. PORTNOW <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 2:21-cv-00819 RSL <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: JOHN doe
- Address: PO BOX 4985
  - City: ~~PORTLAND~~ TACOMA
  - State: WA
  - Zip Code: 98402 ~~97208~~
- County: ~~Multnomah~~ Pierce
- Telephone Number: (971) 230-8734
- E-Mail Address: Deloresbaker5000@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

- Name: DAVID U. PORTNOW
- Job or Title: Pig Records Label Owner
- Address: 18852 SE 265TH ST
  - City: COVINGTON
  - State: WA
  - Zip Code: 98042-8439
- County: KING
- Telephone Number: (206) 618-8711
- E-Mail Address: DPORTNOW@MSN.COM

[X] Individual capacity   [X] Official capacity

**Defendant No. 2**

- Name:
- Job or Title:
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address:

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   *City*      *State*      *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity      ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   *City*      *State*      *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity      ☐ Official capacity

II.   **Basis for Jurisdiction**

   Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

      ☐ Federal officials (a *Bivens* claim)

      ☒ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   title VII civil rights act of 1964, DAVID U. PORTNOW, Violated the ADA of 1990 title I, title II, Using Retaliation, AND Also Discrimination, Violating protected class, AND Fired JOHN DOE From Riot cop, AND LaBel

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

   1ST AMENDMENT, DAVID U. PORTNOW USED Libel and slander in email, Phone Texts, etc, calling JOHN Doe, "Retarded," "Crazy", etc.

He violated the ADA, when told to stop, David Fired John Doe, in Retaliation for John Doe who uses a wheelchair. This violates the EEOC, and the ADA of 1990. Violates the First Amendment, Hate Speech.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed. Under title VII of the Civil Rights Act of 1964, Civil Rights Act of 1991, 42 U.S.C. 1981 The Americans with Disabilities Act of 1990, 501 of the Rehabilitation Act of 1973

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? The events arose from David U. Portnow in Seattle, at Pig Records, 18852 SE 265th St, Covington, WA 98042-8439 in email, texts, phone calls to me and others.

B. What date and approximate time did the events giving rise to your claim(s) occur?
6/1/2021 10:00 A.M. WST

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

David U. Portnow called me "Retarded," "Crazy," and "Handicapped," and "Short Bus," when I asked about my Royalties as Bassist for Riot Cop, on the album "Christmas Evel-Volume 1", Song #17, "Antifalala" where I play Bass as "K. Typo" Dave screamed, and said "No fucking crazy retarded cripple gets Royalties Because you're not Alex," he refused to Negotiate the contract, and He's stealing copyrighted material of my Bass playing as "K. Typo." Then He retaliated

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

AND Quit on me, Stated lies of "threats," "Harassment" AND made up false police claims to the Covington police, AND Fired me, from my employment, as Bassist for Riot Cop, AND all Because

### IV. Injuries

I stood up for myself with a Disability

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Yes, I Filed with the EEOC # 551-2021-02742 in The Seattle field office, I have lost pay from Mechanical Royalties, for each copy, download at 9.1 cent, for every single physical, Digital transaction That occurs as "K. TYPO" Bassist on Track # 17 "Antifalala", Riot cop, and in CD, or Vinyl form, Streamed, or "ON-DEMAND" or "BANDCAMP," I'm Kermit Ty Poulson AKA "K. TYPO" playing Bass on this Song, I've also Been Fired From "Riot Cop" by my label, AND THIS HAS caused pain and Suffering, reputational HARM, and other negative consequences Also

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. PUNITIVE DAMAGES | I Want to Be Awarded $50,000.00 for the ADA violation X 3 For pain and Suffering

Total $150K minimum.

2. Renegotiate the Riot Cop contract to pay me 1/3 of the Royalties, that I'm owed on the song "Antifala" as Bass player, to Be paid to K. Ty Poulson.

3. Apologies from the Label manager for the use of hate speech, "crazy" "crippled," "retard," "short bus" and a letter to Explain why Disabled Lives matter

4. Sign "Delores Baker" on pig Records

5. I WANT $1.5 million For A contract For the Next Ten Years, to put out 10 more Albums, Royalties paid to executor of trust: Lynn Poulson (435) 813-2102

Page 5 of 6

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-16-2021

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: K. TY POULSUN

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*Self Represented*

City   State   Zip Code

Telephone Number
E-mail Address