# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

K. TY POULSON,

    Plaintiff,

v.

JOHN DOE, et al.,

    Defendants.

Case No. C21-819RSL

ORDER TO SHOW CAUSE

On June 17, 2021, the Clerk of Court issued a Notice of Filing Deficiency, in the above-captioned matter. The notice was mailed to plaintiff, but was returned unopened on June 28, 2021, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to note on the Court's motion calendar a "Rule 41 dismissal proceeding" for September 10, 2021. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 8th day of July, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1