UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| K TY POULSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID U PORTNOW, <br><br> Defendant. | Case No. C21-819RSL <br><br> ORDER OF DISMISSAL |

On June 17, 2021, the Clerk of Court issued a deficiency letter to the plaintiff, Dkt. # 3. That letter was mailed to plaintiff but was returned unopened on June 28, 2021, as plaintiff apparently no longer resides at the address on file with the Court, Dkt. # 5. This Court issued an Order to show Cause on July 8, 2021, Dkt. # 6. That Order was returned unopened on July 20, 2021, Dkt. # 7. Plaintiff filed a change of address on July 29, 2021, Dkt. # 8 and then again on August 9, 2021, Dkt. # 9. On August 9, 2021, the Clerk re-mailed a copy of Dkt. # 3 and Dkt. # 6 with the updated address at Dkt. # 9. On August 23, 2021, those filings were returned unopened.

Local Civil Rule 41(b)(2) requires parties to notify the court of any change of current mailing address or email address. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and

ORDER OF DISMISSAL - 1

opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is DISMISSED without prejudice.

DATED this 20th day of September, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2